NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GERALD CROFT - R59012

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

THOMAS J. DART

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

RECEIVED

MAY 1 6 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:16-cv-5283
Judge John W. Darrah
Magistrate Judge Maria Valdez
PC2

CHECK ONE ONLY:

✓  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
   U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
    28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*



FILED
8/4/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

I. Plaintiff(s):

    A. Name: Gerald Croft

    B. List all aliases: _____

    C. Prisoner identification number: R59012

    D. Place of present confinement: Sheridan C.C

    E. Address: 4017. E. 2603rd Sheridan, IL 60551

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: Thomas J. Dart

       Title: SHERIFF

       Place of Employment: COOK COUNTY JAIL

    B. Defendant: _____

       Title: _____

       Place of Employment: _____

    C. Defendant: _____

       Title: _____

       Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

  A. Name of case and docket number: N/A

  B. Approximate date of filing lawsuit: N/A

  C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

  D. List all defendants: N/A

  E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

  F. Name of judge to whom case was assigned: N/A

  G. Basic claim made: N/A

  H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

  I. Approximate date of disposition: N/A

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

3

Revised 9/2007

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Unconstitutional living conditions in Division 1 at the Cook County Jail. Unconstitutional Conditions of Confinement in Division 1 at Cook County Jail beginnig in January, 2014 through July 2014. The cell block was filthy, There was dirty water that leaked from the ceiling in my cell when it rained, Toilet did not function properly, There was a rat infestation as well as a cockroach infestation, There was black mold on the shower wall's floor, ceiling, rusted steel around the door way, Shower water leaked all over the floor, The Food was not

4

Revised 9/2007

propely prepared.

Revised 9/2007

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To Be Conpistated for feature medical Issues from being expost to the Black mold Bacteria In Div #1 and the nasty yellow Dark water on Deck.

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☑ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

State of Illinois County of LaSalle

Signed before me on this _____ day of May, 2016 by Gerald Croft

Notary Public _____

OFFICIAL SEAL
MELINDA MARTINEZ
Notary Public - State of Illinois
My Commission Expires July 24, 2019

Signed this 12ND day of MAY, 20 16

Gerald Croft
Herald Croft
(Signature of plaintiff or plaintiffs)

Gerald Croft
(Print name)

R59012
(I.D. Number)

2820 W 99th Pl
Evergreen Park, IL, 60805
(Address)

6

Revised 9/2007